**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER NIVAR,<br><br>Plaintiff,<br><br>v.<br><br>PROTEGA PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:25-CV-07007-ALC<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

**PLEASE TAKE NOTICE** of the following:

1. Defendant Protega Pharmaceuticals, Inc. ("Protega"), shall move before the Honorable Andrew J. Carter, Jr., U.S.D.J., for an order dismissing all claims filed against it in Plaintiff Jennifer Nivar's Complaint, under Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted; and

2. In support of its motion, Protega shall rely on the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint.

Dated: December 1, 2025

Respectfully submitted,

FISHER & PHILLIPS LLP

By: <u>*/s/ Kevin R. Brady*</u>

Kevin R. Brady
400 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922
(212) 710-1909 (phone)
(908) 516-1051 (facsimile)
kbrady@fisherphillips.com

*Counsel for Defendant*
*Protega Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I, Kevin R. Brady, hereby certify that on this 1st day of December, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and notice of this filing was sent by operation of the Court's Electronic Case Filing ("ECF") system to all such parties registered for receipt of electronic notifications in this action, as indicated on the Notification of Electronic Filing ("NEF") receipt. Parties may access this filing through the Court's ECF system.

By: */s/ Kevin R. Brady*
Kevin R. Brady